FILED
CLERK, U.S. DISTRICT COURT

Apr 21, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISON

| | |
|---|---|
| Betty Gregory,<br><br>        Plaintiff,<br><br>  vs.<br><br>Why Not Lease It, LLC,<br><br>        Defendant. | Case No.: 5:15-cv-00179-SVW-KK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that this case is dismissed with prejudice and with each part to bear its own attorneys' fees and costs.

Date: April 21, 2016

_____
Judge: Hon. Stephen V. Wilson